IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY JOHNSON, | No.  CIV.S-04-2496 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant.<br>_____/ | |

On November 23, 2004, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time.  The required time has now expired, and plaintiff has not filed a motion for summary judgment and/or remand.

On June 27, 2005, plaintiff was ordered to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution and was cautioned that failure to do so would

/////

1

1  result in dismissal of the action.  The twenty-day period has now
2  expired, and plaintiff has not responded to the court's order.
3          Accordingly, IT IS HEREBY ORDERED that this action is
4  dismissed without prejudice for failure to prosecute.
5  DATED: July 28, 2005.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

9  DAD:lg
   Ddad1/orders.socsec/johnson2496.dism

2